**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| MARK LEWIN and JOHANNE ST. LAURENT-LEWIN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:24-cv-01379 JHC<br><br>STIPULATED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL & ORDER<br><br>NOTE ON MOTION CALENDAR:<br><br>**September 19, 2024** |

The parties hereby stipulate and move the court for an order granting the withdrawal of attorneys Isaac Ruiz and David Fadduol of Ruiz & Smart LLP, and the substitution of attorneys Kasey Huebner and Stephanie Hon of Gordon Tilden Thomas Cordell, as counsel for Plaintiffs.

RESPECTFULLY SUBMITTED this 19th day of September 2024.

| | |
|---|---|
| **RUIZ & SMART LLP** | **GORDON TILDEN THOMAS CORDELL** |
| By: s/ *Isaac Ruiz*<br>Isaac Ruiz, WSBA #35237<br>iruiz@ruizandsmart.com | By: *s/Kasey D. Huebner*<br>Kasey D. Huebner, WSBA # 32890<br>Khuebner@gordontilden.com |
| By: s/ *David Fadduol*<br>David Fadduol, WSBA #61126<br>dfadduol@ruizandsmart.com | By: *s/Stephanie Hon*<br>Stephanie Hon, WSBA # 62123<br>Shon@gordontilden.com |
| *Withdrawing attorneys* | *Substituting attorneys* |

STIPULATED MOTION LEAVE FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL & ORDER
(No. 2:24-cv-01379) - 1

**GORDON REES SCULLY
MANSUKHANI, LLP**

By: _s/Sally S. Kim_
Sally S. Kim, WSBA #35289
Sang Oh, WSBA 44041
Sallykim@grsm.com
SangOh@grsm.com
701 Fifth Ave STE 2100
Seattle, WA  98104

## ORDER

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED, that attorneys Isaac Ruiz and David Fadduol of Ruiz & Smart LLP are permitted to withdraw, and attorneys Kasey Huebner and Stephanie Hon of Gordon Tilden Thomas Cordell, are substituted in their place as counsel of record for Plaintiffs.

IT IS SO ORDERED.

Dated this 23rd day of September 2024.

_____
JOHN H. CHUN
United States District Judge