UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARK LEWIN and JOHANNE ST. LAURENT-LEWIN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | NO. 2:24-CV-01379-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

**STIPULATION**

The undersigned parties stipulate that all claims that were or could have been asserted by the parties have been resolved and may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATED MOTION AND ORDER FOR DISMISSAL - 1
2:24-CV-01379-JHC

DATED this 7th day of January, 2025.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By   *s/ Kasey D. Huebner*
　　Kasey D. Huebner, WSBA #32890
　　Miles C. Bludorn, WSBA #54238
　　600 University Street, Suite 2915
　　Seattle, Washington 98101
　　206.467.6477
　　khuebner@gordontilden.com
　　mbludorn@gordontilden.com


**GORDON REES SCULLY MANSUKHANI, LLP**
Attorneys for Defendant

By   *s/Sang "Sam" Oh*
　　Sally S. Kim, WSBA #35289
　　Sang "Sam" Oh, WSBA #44041
　　701 Fifth Avenue, Suite 2100
　　Seattle, Washington 98104
　　206.695.5100
　　sallykim@grsm.com
　　sangoh@grsm.com

STIPULATED MOTION AND ORDER FOR DISMISSAL - 2
2:24-CV-01379-JHC

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that all claims that were or could have been asserted by the parties in this matter are DISMISSED WITH PREJUDICE, and each party shall bear its own costs and fees incurred.

DATED this 7th day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge